UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID LEE REYNOLDS,<br><br>Defendant. | No. 1:20-cv-01249-DAD-SAB<br><br>ORDER GRANTING STIPULATION FOR ENTRY OF JUDGMENT<br><br>(Doc. No. 6) |

Before the court is the parties' stipulated request for the entry of judgment in favor of plaintiff and against defendant in the amount of $348,217.94. (Doc. No. 6.)[1] Pursuant to the parties' agreement and finding good cause, the court will grant the parties' request.

The court hereby orders that judgment in the amount of $348,217.94 is entered in favor of plaintiff National Union Fire Insurance Company of Pittsburgh, PA, and against defendant David Lee Reynolds in this action, any pending motions are terminated and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __October 1, 2020__          _____
                                     UNITED STATES DISTRICT JUDGE

---

[1] To avoid confusion, the court notes that the docket indicates that the parties filed their request as a "Motion for Judgment" and captioned the document "Consent Judgment." (Doc. No. 6.)

1